Case 5:14-cv-01565-RDP-SGC   Document 1   Filed 08/12/14   Page 1 of 3

FILED
2014 Aug-12 PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-14-P-1565-NE

City of Huntsville, Al.
County of Madison, Al.
Metro Jail Facility
    v.
Robert Glenn Traylor

Case No: See Fed. Court Clerk
2014 AUG 12 A 11: 45

## Motion of Habeus Corpus

COMES NOW, I, the defendant, Robert Traylor, Pro Se, petition this Honorable Court with a complaint of a jail employee negligence creating a hostile and violent environment. For reasons, I offer the following.

1.) On August 1, 2014, Officer V. Richardson, called me and told me to come out of my dorm for sick call.

2.) I'm housed in M-6, and must walk pass M-8 to get to the nurses office.

3.) As I was walking pass M-8, inmate Tim Thaggex see's me through the M-8 dorm window, and starts cussing and shouting at me.

4.) The inmate hall worker instigates the situation and signal the jail officer (Officer Schreiber), to pop the door to M-8.

5.) The officer opens the M-8 door without their being a hall officer present, which violates employee protocol.

6.) The M-8 inmate, Tim Thagger, comes out and starts a fight with me. As a result, Officer Childress, shoots me, not Tim Thagger, shoots me with his tazor gun. And all I was doing was defending myself. Causing me a great deal of injuries.

7.) The date of the above explained incident occurred on August 1, 2014, at or around 12:30 PM. However, I request the court to order the Metro Jail to put into evidence the recordings of both the hall security cameras, and the recording of the camera on the tazor gun, for August 1, 2014. These ~~two~~ three camera recordings is essential.

8.) As a result of Officer Schreiber neglecting employee protocol: ①. I was unduely ravaged with a high amount of electricity. ②. I was brutally beat-up by an inmate, and I brutally fail to the concrete floor, causing injuries to my back, shoulder, and knees. On top of all that, the doctor refused to give me an ex-ray and pain medications.

9.) To show the court I was wronged: After the fight and my being tazored, Cpl. Martin told me that he was going to review the security tapes to see what action he was going to take. A little while later I watched Tim Thagger being escorted to M-7 (segragation), and to this date (8-14-14), I haven't received any write ups or any other reprecussions.

THEREFORE, I, the defendant, Robert Traylor, Pro Se,, after giving the above evidence, request this: the court to grant this petition. I am requesting the court rule that the jail employee was in-fact neglecting Employee Protocol, thereby causing my injuries. I am asking this court for compensation of future health care and whatever else the court deems appropriate. I am also seeking punitive damages payment of $1,000,000 dollars from the above named plaintiffs.

Respectfully Submitted,
*Robert Traylor*
On this 12th day of August, 2014

I swear the above is true to the best of my memory.
*Robert Traylor*