### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **ROBERT GLENN TRAYLOR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:14-cv-01565-RDP-SGC |
| | ) |
| **CITY OF HUNTSVILLE,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report on June 25, 2015, recommending that the federal claims in this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 13). The Magistrate Judge further recommended that any state law claims asserted in the complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). Although Plaintiff was advised of his right to file specific written objections within fourteen days, he has failed to respond to the Report and Recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), the federal claims in this action are due to be dismissed without prejudice for failing to state a claim upon which relief can be granted. Additionally, any state law claims asserted in the complaint are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). A Final Judgment will be entered.

**DONE** and **ORDERED** this   27th   day of July, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE